# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY L. KASE, | No. 4:19-CV-01569 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Saporito) |
| COLUMBIA COUNTY COURT, *et al.*, | |
| Defendants. | |

## ORDER

### SEPTEMBER 11, 2020

Plaintiff filed the instant action on September 11, 2019, and it was jointly assigned to the undersigned and to a magistrate judge. Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[1] Once filed, this report and recommendation is disseminated to the parties in the case who then have the opportunity to file written objections.[2]

On July 30, 2020, Magistrate Judge Joseph F. Saporito, Jr., to whom this matter is jointly assigned, issued a thorough report and recommendation.[3] In sum, Magistrate Judge Saporito recommends that Plaintiff's claims be dismissed and that this case be closed.[4]

---

[1] 28 U.S.C. 636(b)(1)(B).
[2] 28 U.S.C. 636(b)(1).
[3] *See* Doc. 36.
[4] *See* Doc. 36 at 12-13.

No objections to the report and recommendation have been filed. For portions of the report and recommendation to which no objection is made, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[5] Regardless of whether timely objections are made by a party, the District Court may accept, not accept, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[6]

Because I write solely for the parties, I will not restate the facts, but will instead adopt the recitation of facts as set forth by the magistrate judge. I have conducted a de novo review here and found no error.

**AND NOW, IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s July 30, 2020 Report and Recommendation, Doc. 36, is **ADOPTED in full**.

2. The motion to dismiss at Doc. 21 is **DENIED AS MOOT** with respect to non-party movant Judge Thomas A. James, Jr.

3. The motion to dismiss at Doc. 21 is **GRANTED** with respect to Defendant Columbia County Court of Common Pleas. All claims

---

[5] Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (*citing Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that judges should give some review to every report and recommendation)).

[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

- 3 -

       against that defendant are **DISMISSED** for lack of subject matter jurisdiction.

4.    The remainder of Plaintiff's action is **DISMISSED** *sua sponte* for lack of subject matter jurisdiction.

5.    The Clerk of Court is directed to **CLOSE** the case file.

                    BY THE COURT:

                    *s/ Matthew W. Brann*
                    Matthew W. Brann
                    United States District Judge